# EXHIBIT A

# 2273CV00152 Andersen, Natalie vs. Todisco Services Inc. et al

- Case Type:
- Torts
- Case Status:
- Closed
- File Date
- 02/22/2022
- DCM Track:
- A - Average
- Initiating Action:
- Fraud, Business Torts, etc.
- Status Date:
- 06/27/2022
- Case Judge:
- 
- Next Event:
- 

| All Information | Party | Event | Tickler | Docket | Disposition |

## Party Information

**Andersen, Natalie**
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Pro Se
- Bar Code
- PROPER
- Address
- Phone Number

More Party Information

**Todisco Services Inc.**
- Defendant

**Alias**

**Party Attorney**

More Party Information

**Todisco, III, Pasquale**
- Defendant

**Alias**

**Party Attorney**

More Party Information

**Mazzarella, Matthew**
- Defendant

**Alias**

**Party Attorney**

More Party Information

**Mapfre Insurance Company**
- Defendant

**Alias**

**Party Attorney**

More Party Information

**Jiten Management**
- Defendant

**Alias**

**Party Attorney**

More Party Information

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 04/07/2022 02:00 PM | Civil A (New Bedford) | Lower Courtroom | 1 Trial Hearing | Yessayan, Hon. Raffi N | Rescheduled |
| 05/17/2022 02:00 PM | Civil A (New Bedford) | Lower Courtroom | 1 Trial Hearing | Yessayan, Hon. Raffi N | Rescheduled |
| 06/23/2022 02:00 PM | Civil A (New Bedford) | Lower Courtroom | 1 Trial Hearing | Yessayan, Hon. Raffi N | Not Held |

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 02/22/2022 | 05/23/2022 | 90 | 06/27/2022 |
| Answer | 02/23/2022 | 06/23/2022 | 120 | 06/27/2022 |
| Rule 12/19/20 Served By | 02/23/2022 | 06/23/2022 | 120 | 06/27/2022 |
| Rule 12/19/20 Filed By | 02/23/2022 | 07/25/2022 | 152 | 06/27/2022 |
| Rule 12/19/20 Heard By | 02/23/2022 | 08/22/2022 | 180 | 06/27/2022 |
| Rule 15 Served By | 02/23/2022 | 04/19/2023 | 420 | 06/27/2022 |
| Rule 15 Filed By | 02/23/2022 | 05/19/2023 | 450 | 06/27/2022 |
| Rule 15 Heard By | 02/23/2022 | 05/19/2023 | 450 | 06/27/2022 |
| Discovery | 02/23/2022 | 02/13/2024 | 720 | 06/27/2022 |
| Rule 56 Served By | 02/23/2022 | 03/14/2024 | 750 | 06/27/2022 |
| Rule 56 Filed By | 02/23/2022 | 04/15/2024 | 782 | 06/27/2022 |
| Final Pre-Trial Conference | 02/23/2022 | 08/12/2024 | 901 | 06/27/2022 |
| Judgment | 02/23/2022 | 02/24/2025 | 1097 | 06/27/2022 |
| 1 Trial entry of dismissal NISI | 03/02/2022 | 03/16/2022 | 14 | 03/15/2022 |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 02/22/2022 | Complaint electronically filed. | 1 | Image |
| 02/22/2022 | Civil action cover sheet filed. | 2 | Image |
| 02/23/2022 | Attorney appearance<br>On this date Pro Se added as Self Represented for Plaintiff Natalie Andersen | | Image |
| 02/23/2022 | Case assigned to:<br>DCM Track A - Average was added on 02/23/2022 | | Image |
| 02/23/2022 | Notice of 93A complaint sent to Attorney General | | Image |
| 02/24/2022 | Determination regarding normal fees and costs ALLOWED FORTHWITH by Clerk waived in full , pursuant to G. L. c. 261, § 27C(2).<br>filing fee, summons and service of process<br><br>Judge: Swanson, Dina | 4 | Image |
| 03/02/2022 | One Trial entry of dismissal nisi S.J.C. "Order Regarding Amount in Controversy". | 5 | Image |

| Date | Description | # | |
|---|---|---|---|
| | Judge: White, Jr., Hon. William M | | |
| 03/15/2022 | Plaintiff Natalie Andersen's Request for Hearing Concerning Want of Procedural Amount/Order on Dismissal Nisi | 6 | Image |
| 03/22/2022 | The following form was generated: Notice to Appear Sent On:  03/22/2022 08:59:51 | | |
| 03/30/2022 | Plaintiff Natalie Andersen's Motion to continue / reschedule an event 04/07/2022 02:00 PM 1 Trial Hearing | 7 | Image |
| 03/30/2022 | Event Result::  1 Trial Hearing scheduled on: 04/07/2022 02:00 PM Has been: Rescheduled       For the following reason: Request of Plaintiff Hon. Raffi N Yessayan, Presiding Staff: Jennifer A Sullivan, Assistant Clerk Magistrate Dina Swanson, Assistant Clerk Magistrate Digital Recording Device Bris CV A, Court Reporter | | |
| 03/30/2022 | Endorsement on Motion to continue / reschedule an event (#7.0): ALLOWED Hearing shall be continued to Tuesday, May 17, 2022 at 2:00 PM.  Plaintiff is directed to provide the Clerk's Office with a telephone number and e-mail address for contract purposes. Judge: White, Jr., Hon. William M | | Image |
| 03/31/2022 | The following form was generated: Notice to Appear Sent On:  03/31/2022 08:44:10 | | |
| 05/16/2022 | Plaintiff Natalie Andersen's EMERGENCY Motion to continue / reschedule an event 05/17/2022 02:00 PM 1 Trial Hearing | 8 | Image |
| 05/17/2022 | Event Result::  1 Trial Hearing scheduled on: 05/17/2022 02:00 PM Has been: Rescheduled       For the following reason: Request of Plaintiff Hon. Raffi N Yessayan, Presiding Staff: Kellee-Sue Milord, Assistant Clerk Magistrate Jennifer A Sullivan, Assistant Clerk Magistrate Digital Recording Device Bris CV A, Court Reporter | | |
| 05/17/2022 | Endorsement on Motion to continue / reschedule an event hearing on May 17, 2022 (#8.0): ALLOWED Judge: Yessayan, Hon. Raffi N | | Image |
| 05/18/2022 | The following form was generated: Notice to Appear Sent On:  05/18/2022 09:48:10 | | |
| 05/18/2022 | The following form was generated: Notice to Appear Sent On:  05/18/2022 09:49:12 | | |
| 06/23/2022 | Event Result::  1 Trial Hearing scheduled on: 06/23/2022 02:00 PM Has been: Not Held       For the following reason: Court Order Hon. Raffi N Yessayan, Presiding Staff: Kellee-Sue Milord, Assistant Clerk Magistrate Jennifer A Sullivan, Assistant Clerk Magistrate Dina Swanson, Assistant Clerk Magistrate Digital Recording Device Bris CV A, Court Reporter | | |
| 06/23/2022 | Endorsement on Request for hearing concerning want of procedural amount/order on dismissal nisi (#6.0): Other action taken The order for entry of dismissal nisi (Paper #5), is ordered vacated and this matter is ordered transferred to the Attleboro District Court. Judge: Yessayan, Hon. Raffi N | | Image |
| 06/27/2022 | ORDER: for Transfer: it is hereby ordered transferred to the Attleboro District Court | 9 | |

| | | |
|---|---|---|
| | Judge: Yessayan, Hon. Raffi N | Image |
| 06/27/2022 | Case transferred to another court. (Attleboro District Court) | |
| 03/22/2023 | Attorney appearance electronically filed. | Image |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Transferred to another Court | 06/27/2022 | |