# EXHIBIT B

# 2234CV730152 Anderson, Natalie v. Todisco Services Inc.

- Case Type:
- Civil
- Case Status:
- Open
- File Date
- 07/01/2022
- DCM Track:
-
- Initiating Action:
- Case transferred from another court or has prior manual docket - no fee due
- Status Date:
- 07/01/2022
- Case Judge:
-
- Next Event:
- 09/27/2023

| All Information | Party | Event | Docket | Disposition |
|---|---|---|---|---|

## Party Information

**Anderson, Natalie**
- Plaintiff

| Alias | Party Attorney |
|---|---|
| | |

More Party Information

**Bisasor, Andre**
- Plaintiff

| Alias | Party Attorney |
|---|---|
| | |

More Party Information

**Todisco Services Inc.**
- Defendant

| Alias | Party Attorney |
|---|---|
| | |

More Party Information

**Mapfre Insurance Company**
- Defendant

| Alias | Party Attorney |
|---|---|
| | |

More Party Information

**Mazzarella, Matthew**
- Defendant

| Alias | Party Attorney |
|---|---|
| | |

More Party Information

**Jiten Management**
- Defendant

| Alias | Party Attorney |
|---|---|
| | |

More Party Information

**Todisco, III, Pasquale**
- Defendant

| Alias | Party Attorney |
|---|---|
| | **Attorney** |
| | - May, Esq., Michaela C |

- Bar Code
- 676834
- Address
- Phone Number
-

<strong>More Party Information</strong>

**Doe, Don**
- Defendant

| Alias | Party Attorney |
|---|---|
|  |  |

<strong>More Party Information</strong>

**Doe, Billy**
- Defendant

| Alias | Party Attorney |
|---|---|
|  |  |

<strong>More Party Information</strong>

**Wojdag, Stephanie**
- Defendant

| Alias | Party Attorney |
|---|---|
|  |  |

<strong>More Party Information</strong>

**Olohan, Daniel**
- Defendant

| Alias | Party Attorney |
|---|---|
|  |  |

<strong>More Party Information</strong>

**Acadia Insurance Company**
- Defendant

| Alias | Party Attorney |
|---|---|
|  |  |

<strong>More Party Information</strong>

**Bennett and Belfort**
- Defendant

| Alias | Party Attorney |
|---|---|
|  |  |

<strong>More Party Information</strong>

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 10/26/2022 02:00 PM | Civil Session |  | Case Management Conference |  | Reschedule of Hearing |
| 03/22/2022 02:00 PM | Civil Session |  | Case Management Conference |  | Reschedule of Hearing |
| 05/17/2023 02:00 PM | Civil Session |  | Case Management Conference |  | Held |
| 06/28/2023 02:00 PM | Civil Session |  | Hearing |  | Held |
| 09/27/2023 02:00 PM | Civil Session |  | Case Management Conference |  |  |

## Docket Information

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 07/01/2022 | Complaint filed |  |  |
| 07/01/2022 | Case transferred in to Attleboro District Court from : Superior Court Dept. of the Trial Court by Order of the Court |  | Image |
| 09/13/2022 | Event Scheduled |  |  |

|  |  |  |
|---|---|---|
|  | Event: Case Management Conference<br>Date: 10/26/2022  Time: 02:00 PM<br>Result: Reschedule of Hearing |  |
| 10/24/2022 | Motion to continue case management conference filed by Natalie Andersen-Plaintiff. | Image |
| 10/28/2022 | Event Scheduled<br>Event: Case Management Conference<br>Date: 03/22/2023  Time: 02:00 PM<br>Result: Reschedule of Hearing |  |
| 03/21/2023 | Indigency affidavit and request for waiver, substitution or payment by the Commonwealth of fees/costs filed by Natalie Andersen (G.L. c.261 §27B). |  |
| 03/24/2023 | Indigency request for waiver, substitution or payment by the Commonwealth of fees/costs entered on 03/21/2023 allowed (G.L. c.261 §27B). |  |
| 04/07/2023 | Event Scheduled<br>Event: Case Management Conference<br>Date: 05/17/2023  Time: 02:00 PM<br>Result: Held |  |
| 05/17/2023 | Event Resulted:  Case Management Conference scheduled on:<br>     05/17/2023 02:00 PM<br>Has been: Held<br>Comments: this matter is continued for hearing to determine if service is made; Plaintiff must make formal request to Clerk's Office for summons to effect service<br>Hon. Edmund C. Mathers, Presiding |  |
| 05/18/2023 | Event Scheduled<br>Event: Hearing<br>Date: 06/28/2023  Time: 02:00 PM<br>Result: Held |  |
| 05/18/2023 | Notice concerning next court event, to wit - 06/28/2023 02:00 PM Hearing-- sent to parties. |  |
| 06/08/2023 | Application for miscellaneous document filed.<br>*10 Civil Summonses given in hand to requesting party. | Image<br>Image |
| 06/16/2023 | Application for miscellaneous document filed. | Image |
| 06/27/2023 | Amended complaint filed (Mass.R.Civ.P. 15). | Image |
| 06/28/2023 | Indigency affidavit and waiver filed - Public view |  |
| 06/28/2023 | Indigency fee waiver Allowed - Public View<br><br>Judge: McGahan, Colleen E |  |
| 06/28/2023 | Application for miscellaneous document filed.<br>*Additional summonses and copies of amended complaint. |  |
| 06/28/2023 | Indigency affidavit and waiver filed - Public view |  |
| 06/28/2023 | Indigency fee waiver Allowed - Public View |  |
| 06/28/2023 | Indigency affidavit and waiver filed - Public view |  |
| 06/28/2023 | Motion to confirm extension of service of process deadline is allowed through 6/28/23 with clarification regarding filing of original returns of service and motion to extend or adjust the tracking order filed by Natalie Andersen-Plaintiff. | Image |
| 06/28/2023 | Copies of Returns of Service filed. |  |
| 06/28/2023 | Indigency fee waiver Allowed - Public View |  |
| 06/28/2023 | Event Resulted:  Hearing scheduled on:<br>     06/28/2023 02:00 PM<br>Has been: Held<br>Hon. Michele M Armour, Presiding |  |
| 07/06/2023 | Event Scheduled<br>Event: Case Management Conference<br>Date: 09/27/2023  Time: 02:00 PM |  |
| 07/13/2023 | Indigency affidavit and waiver filed - Public view |  |
| 07/13/2023 | Motion to amend complaint (Mass.R.Civ.P. 4[g] & 15) filed by Natalie Anderson-Plaintiff, Andre Bisasor- |  |

|  | Plaintiff. | |
|---|---|---|
| 07/13/2023 | Motion to confirm extension of service of process deadline is allowed to 9/27/23 filed by Natalie Anderson-Plaintiff, Andre Bisasor-Plaintiff. | Image |
| 07/13/2023 | Return of service on complaint and summons to Stephanie Wojdag: Officer service SERVED in hand (Mass.R.Civ.P. 4(f)). On 06/28/2023 by Worcester County Sheriff's Office | Image |
| 07/13/2023 | Return of service on complaint and summons to Mapfre Insurance Company: Officer service SERVED in hand (Mass.R.Civ.P. 4(f)). On 06/28/2023 by Worcester County Sheriff's Office | Image |
| 07/13/2023 | Return of service on complaint and summons to Daniel Olohan: Officer service SERVED in hand (Mass.R.Civ.P. 4(f)). On 06/28/2023 by Worcester County Sheriff's Office | Image |
| 07/13/2023 | Return of service on complaint and summons to Jiten Management: Officer service SERVED in hand (Mass.R.Civ.P. 4(f)). On 06/2/2023 by Plymouth County Sheriff's Office | Image |
| 07/13/2023 | Indigency fee waiver Allowed - Public View | |
| 07/13/2023 | Return of service on complaint and summons to Billy Doe: Officer service returned UNSERVED (Mass.R.Civ.P. 4(f)). On 06/28/2023 by Essex County Sheriff's Office | Image |
| 07/13/2023 | Return of service on complaint and summons to Don Doe: Officer service returned UNSERVED (Mass.R.Civ.P. 4(f)). On 06/28/2023 by Essex County Sheriff's Office | Image |
| 07/13/2023 | Return of service on complaint and summons to Matthew Mazzarella: Officer service returned UNSERVED (Mass.R.Civ.P. 4(f)). On 06/28/2023 by Essex County Sheriff's Office | Image |
| 07/13/2023 | Return of service on complaint and summons to Todisco Services Inc.: Officer service returned UNSERVED (Mass.R.Civ.P. 4(f)). On 06/28/2023 by Essex County Sheriff's Office | Image |
| 07/13/2023 | Return of service on complaint and summons to Pasquale Todisco, III: Officer service SERVED at last and usual abode (Mass.R.Civ.P. 4(f)). On 06282023 by Essex County Sheriff's Office | Image |
| 07/13/2023 | Misc Entry: Return of service on complaint and summons to Acadia Insurance Company: On 07/12/2023 by Natalie Anderson, Service is unknown | |
| 07/13/2023 | Appearance filed On this date Michaela C May, Esq. added as Private Counsel for Defendant Pasquale Todisco, III | |
| 07/14/2023 | Affidavit of Natalie Anderson, Andre Bisasor filed. Notice of Service of Process on Defendant Acadia Insurance Group | Image |
| 07/14/2023 | Misc Entry: Notice/Affidavit of Service of Process on Defendants Todisco Services Inc.; Matthew Mazzarella; Don "Doe"; Billy "Doe" (Copie of Returned Summons) | |
| 07/17/2023 | Application for miscellaneous document filed. | Image |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |