# EXHIBIT C

## 2234SC000127 Anderson, Natalie v. Todisco Services Inc.

- Case Type:
- Small Claims
- Case Status:
- Disposed for Statistical Purposes
- File Date
- 02/22/2022
- DCM Track:
-
- Initiating Action:
- Small Claim over $5000
- Status Date:
- 10/04/2022
- Case Judge:
-
- Next Event:
-

| All Information | Party | Judgment | Event | Docket | Disposition |
| --- | --- | --- | --- | --- | --- |

### Party Information

**Anderson, Natalie**
- Plaintiff

| Alias | Party Attorney |
| --- | --- |

More Party Information

**Todisco Services Inc.**
- Defendant

| Alias | Party Attorney |
| --- | --- |

More Party Information

**Todisco III, Pasquale**
- Defendant

| Alias | Party Attorney |
| --- | --- |

More Party Information

### Judgments

| Date | Type | Method | For | Against |
| --- | --- | --- | --- | --- |
| 05/17/2023 | Judgment of Dismissal | , upon the court's own motion | Todisco III, Pasquale | Anderson, Natalie |

### Events

| Date | Session | Location | Type | Event Judge | Result |
| --- | --- | --- | --- | --- | --- |
| 10/12/2022 01:00 PM | Small Claims Magistrate Session | | Virtual Magistrate Trial - Small Claims | | Reschedule of Hearing |
| 01/18/2023 01:00 PM | Small Claims Magistrate Session | | Magistrate's Hearing - Small Claims | | Reschedule of Hearing |
| 05/24/2023 01:00 PM | Small Claims Magistrate Session | | Magistrate's Hearing - Small Claims | | Brought Forward |

### Docket Information

| Docket Date | Docket Text | Amount Owed | Image Avail. |
| --- | --- | --- | --- |
| 02/22/2022 | Statement of Small Claim entered. | |  Image |
| 02/22/2022 | Indigency affidavit and request for waiver, substitution or payment by the Commonwealth of fees/costs filed by Natalie Anderson (G.L. c.261 §27B). | | |
| 02/28/2022 | Indigency request for waiver, substitution or payment by the Commonwealth of fees/costs entered on 02/22/2022 allowed (G.L. c.261 §27B). Judge: Sturdy, Mark E | | |
| 03/02/2022 | Virtual Small Claims Trial scheduled and notices sent to parties. Event: Virtual Magistrate Trial - Small Claims | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| | Date: 10/12/2022  Time: 01:00 PM<br>Result: Reschedule of Hearing | | |
| 10/04/2022 | Plaintiff requests that case be continued | | |
| 10/05/2022 | Motion filed. | | Image |
| 10/06/2022 | Small Claims Magistrate Hearing scheduled and notices sent to parties.<br>Event: Magistrate's Hearing - Small Claims<br>Date: 01/18/2023  Time: 01:00 PM<br>Result: Reschedule of Hearing | | Image |
| 12/28/2022 | Plaintiff requests that case be continued BY AGREEMENT OF PARTIES | | |
| 12/29/2022 | Small Claims Magistrate Hearing scheduled and notices sent to parties.<br>Event: Magistrate's Hearing - Small Claims<br>Date: 05/24/2023  Time: 01:00 PM<br>Result: Brought Forward | | Image |
| 05/17/2023 | Event Resulted:  Magistrate's Hearing - Small Claims scheduled on:<br>        05/24/2023 01:00 PM<br>Has been: Brought Forward      For the following reason: Dismissed<br>Comments: Sua Sponte<br>Hon. Edmund C. Mathers, Presiding | | |
| 05/17/2023 | Judgment Entered:: Judgment of Dismissal   , upon the court's own motion   Presiding: Hon. Edmund C. Mathers<br><br>        Judgment For:       Todisco Services Inc.<br>                            Pasquale Todisco III<br><br>        Judgment Against:  Natalie Anderson<br><br>        Terms of Judgment:  Jdgmnt Date: 05/17/2023<br><br>        Further Orders: Case ordered dismissed sua sponte during Case Management Conference on docket # 2234CV730152. | | |
| 05/17/2023 | Case Disposition Date Entered | | |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Disposed | 05/17/2023 | |