# EXHIBIT E

**Commonwealth of Massachusetts**
**Attleboro District Court**
88 North Main Street
Attleboro, MA 02703
(508) 222-5900

NATALIE ANDERSEN
_____,
PLAINTIFF(S),

CIVIL NO. 2234 CV 730152

v. TODISCO SERVICES, INC., ET AL.

SUMMONS

_____,
DEFENDANT(S)

THIS SUMMONS IS DIRECTED TO **PASQUALE TODISCO, III**

1. **This Notice is to inform you that you are being sued.** A Plaintiff has begun a lawsuit against you. A copy of the Plaintiff's Complaint against you is attached and the original has been filed in the District Court. You must respond to this lawsuit in writing. If you do not respond, the Plaintiff may obtain a court order requiring you to pay money.

2. **You must respond within 20 days to protect your rights.** In order to protect your rights you must deliver or mail **a written response** called an "Answer" to "Clerk's Office for Civil Business, Attleboro District Court, 88 North Main Street, Attleboro, MA 02703" **and** to the individual who filed the Complaint within 20 days from the date on which you received this Summons, or within 20 days of the date on which the Summons was delivered to you, whichever is earlier. The individual who filed this lawsuit is **NATALIE ANDERSEN**,
(name of Plaintiff's attorney or pro se Plaintiff)
with an address at **679 WASHINGTON ST, #8-206, ATTLEBORO, MA 02703**

3. **Your Answer must respond to each claim made by the Plaintiff.** Your Answer is your written response to the statements made by the Plaintiff in the Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. You may agree with some of the things the Plaintiff says and disagree with other things. You may also say that you do not know whether one (or more) of the statements made in the Plaintiff's Complaint is true. Even if you agree that you owe what is claimed, sending an Answer will provide you with an opportunity to participate and explain your circumstances.

4. **You must list any reason why you should not have to give the Plaintiff what the Plaintiff asks for.** If you have any reasons why the Plaintiff should not get what the Plaintiff asks for in the Complaint, you must write those reasons (or "defenses") in your Answer.

5. **You will likely lose this case if you do not send an Answer to the Court and the Plaintiff.** If you do not mail or deliver the Answer within 20 days, you will likely lose this case. You will have no opportunity to tell your side of the story, and the Court may order that the Plaintiff receive everything requested in the Complaint. The Court may order that the Plaintiff

Rev. 2/2015

may take your property and/or wages. If you respond to the Complaint and appear at the hearing, you will get an impartial hearing by a judge. Even if you choose to discuss this matter with the Plaintiff (or the Plaintiff's lawyer), you should still send your Answer **within 20 days**. Even if you file an Answer, you can still reach an agreement with the Plaintiff.

      6. **Legal Assistance.** You may wish to get legal help from a lawyer. **If you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.** You may also obtain information at www.mass.gov/courts/selfhelp.

      7. **You can also sue the Plaintiff.** You may be able to get money or other relief from the Plaintiff. If you believe the Plaintiff owes you money or harmed you in some way related to the subject matter of the Plaintiff's Complaint, you must describe that in your Answer. If you do not include these claims (called "Counterclaims") in your written response, **you may lose your ability to sue the Plaintiff** about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer.

      8. **You or your attorney must attend all court hearings.** If you send your Answer to the Court and the Plaintiff, you will protect your rights. The Court will send you a notice telling you the date, time, and place of an impartial hearing before a judge. The judge will hear both sides of any arguments and schedule any additional hearings.

      9. **Note:** The docket number appearing on the front of this notice must appear on the front of your Answer.

      Witness Hon. Michele Armour , First Justice on _____, 20____.

      (SEAL)

Clerk-Magistrate

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## RETURN OF SERVICE
(for use by person making service)



Essex County Sheriff's Department, PO BOX 2019, Salem, MA 01970
June 28, 2023

I hereby certify and return that on 6/28/2023 at 12:57 PM I served a true and attested copy of the summons, amended complaint, exhibits, and original complaint in this action in the following manner: To wit, by leaving at the last and usual place of abode of Pasquale Todisco, III, 11 Meadowlark Farm Lane Middleton, MA 01949, and by mailing 1st class to the above address on 6/28/2023. Attestation fee ($10.00) Basic Service Fee ($20.00) Conveyance ($1.20) Postage and Handling ($1.32) Travel ($23.00) Copies ($2.50) Same Day Fee ($50.00) Total: $108.02

Deputy Sheriff Paul Atkinson