# EXHIBIT F

Return to Start:
Bk:37891 Pg:086
Current:
Bk:37891 Pg:086

Go to Book/Page:            /

Pages to be printed:

Zoom In
Zoom Out

Download/Print do... ?
Download/Print cu... ?
Download/Print sel... ?

● TIF  ○ PDF

Doc date: 9/30/2019

Add Page    Add Document (3)    Delete Page

Grantors:
POWELL FRANK T
POWELL JANITA V

Grantees:
TODISCO PASQUALE III
TODISCO MELISSA A

Grantors/Grantees References    Abstract

# Quitclaim Deed

SO.ESSEX #685 Bk:37891 Pg:086
09/30/2019 03:05 PM DEED Pg 1/3
eRecorded

MASSACHUSETTS EXCISE TAX
Southern Essex District ROD
Date: 09/30/2019 03:05 PM
ID: 1318874 Doc# 20190930006850
Fee: $6,783.00 Cons: $1,487,500.00

We, Frank T Powell and Janita V Powell, Husband and Wife, of 11 Meadowlark Farm Lane, Middleton, MA, in consideration paid of ONE MILLION FOUR HUNDRED EIGHTY SEVEN THOUSAND FIVE HUNDRED DOLLARS AND ZERO CENTS ($1,487,500.00)

**GRANT TO**

Pasquale Todisco III and Melissa A. Todisco, Husband and Wife, Tenants by the Entirety, now of 11 Meadowlark Farm Lane, Middleton, MA

With **QUITCLAIM COVENANTS**

The land with the improvements thereon being shown as Lot 6 on a plan entitled "Definitive Plan Meadowlark Farm Lane, Middleton, Mass." prepared by Hayes Engineering, Inc., dated September 20, 2000 revised 12/29/00 and 1/23/01 and recorded with the Essex South District Registry of Deeds in Plan Book 350, Plan Number 48 (the "Plan") and to which reference may be had for a more particular description thereof.

Said Lot 6 contains 57,942 square feet of land according to the Plan.

Said Lot 6 is conveyed subject to and where applicable together with the benefit of the following matters:

a) A 10' wide utility easement along the northerly boundary with Lot 7 as shown on a Sketch Plan attached to the deed recorded with said Registry in Book 17960, Page 352 (the "Sketch Plan");

b) Three 15' x 15' electrical utility easements as shown on the Sketch Plan;

c) Restrictive Covenants recorded with said Registry in Book 17174, Page 150;

d) Orders of Conditions covering construction of the infrastructure of Meadowlark Farms but only insofar as it may affect Lot 6;

e) Planning Board Covenant recorded with said Registry in Book 17067, Page 247 as affected by a Release recorded in Book 175, Page 311; and

f) All matters shown on said Plan.

Said Lot 6 is conveyed together with the right to use Meadowlark Farm Lane as shown on the Plan together with others entitled thereto for all purposes for which similar residential streets and ways are used in the Town of Middleton.

Property Address: 11 Meadowlark Farm Lane, Middleton, MA 01949