UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Anderson et al.,

Plaintiffs

v.                                                    CIVIL ACTION
                                                      NO. 1:23CV11567-WGY

Todisco Services Inc. et al.,

Defendants

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE WILLIAM G. YOUNG,

[ ]   The parties have informed the court that they wish to withdraw their request for ADR at this time because they have settled the case on their own.

[ X ]  On  January 11, 2024,  I held the following ADR proceedings:

|       | SCREENING CONFERENCE |       | EARLY NEUTRAL EVALUATION |
|-------|----------------------|-------|--------------------------|
|       | FOLLOWUP CONFERENCE  |       | SUMMARY BENCH / JURY TRIAL |
|       | MINI-TRIAL           |   X   | MEDIATION                |

[ X ]  Plaintiffs Natalie Anderson and Andre Bisasor present. Defendants were represented by counsel.
[ X ]  The parties were present via Zoom Video Conference.

The case was:

[ X ]  Settled.     Twenty-One-day Settlement Order of Dismissal shall issue.
[ ]    There was significant progress.
[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.
[ ]    Suggested strategy to facilitate settlement: await further word from the parties.
[ ]    Other:____

January 11, 2024                         /s/ Kenneth P. Neiman
DATE                                     ADR Provider

                                         KENNETH P. NEIMAN, U.S. Magistrate Judge