# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

NATALIE ANDERSON and
ANDRE BISASOR,
        Plaintiffs,

v.                                          CIVIL ACTION
                                           NO. 23-11567-WGY

TODISCO SERVICES, INC.,
PASQUALE TODISCO, III,
MATTHEW W. MAZZARELLA,
DON "DOE", BILLY "DOE",
MAPFRE INSURANCE COMPANY,
STEPHANIE WOJDAG,
DANIEL OLOHAN,
ACADIA INSURANCE GROUP,
BENNETT & BELFORT, and
JITEN MANAGEMENT,
        Defendants.

## **SETTLEMENT ORDER OF DISMISSAL**

YOUNG, DJ

    The Court having been advised on January 11, 2024 that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within twenty-one (21) days if settlement is not consummated.

                                                                     By the Court,

January 12, 2024                                        /s/ Jennifer Gaudet
Date                                                          Deputy Clerk