UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| NATALIE ANDERSEN and ANDRE BIASOR, <br>     Plaintiffs <br><br> VS. <br><br> TODISCO SERVICES, INC; <br> PASQUALE TODISCO, III; <br> MATTHEW MAZZARELLA; <br> MAPFRE INSURANCE COMPANY, <br> STEPHANIE WOJDAG, DANIEL OLOHAN, ACADIA INSURANCE GROUP, BENNETT & BELFORT, AND JITEN MANAGEMENT <br>     Defendants | Civil Action No. 1:23-CV-11567 |

**DEFENDANTS, MAPFRE INSURANCE COMPANY,
STEPHANIE WOJDAG, AND DANIEL OLOHAN'S REQUEST TO WITHDRAW ANSWER**

    Now comes the defendants **MAPFRE INSURANCE COMPANY, STEPHANIE WOJDAG, AND DANIEL OLOHAN,** and request pursuant to a settlement agreement entered into between the parties at a mediation before U.S. Magistrate Judge Kenneth Neiman, that this court to withdraw the answer filed on their behalf.

                                                                         Defendants,
                                                                          MAPFRE INSURANCE COPMPANY,
                                                                          STEPHANIE WOJDAG, AND DANIEL
                                                                          OLOHAN
                                                                          By Their Attorney

                                                                          _/s/ Brian F. Welsh_____
                                                                          Brian F. Welsh, Esquire
                                                                          tbeliveau@frpb.com
                                                                          FULLER, ROSENBERG,
                                                                           PALMER & BELIVEAU
                                                                          6 Park Avenue
                                                                          Worcester, MA 01605
                                                                          (508) 751-5121

Dated:  1/18/2024                                            BBO #565163

## CERTIFICATE OF SERVICE

I, Brian W. Welsh, attorney for the above-named Defendants, certify that this document filed through the ECF system will be served electronically to the registered participants as identified on the Notice of Electronic Filing [NEF] and paper copies will also be served via e-mail and first-class U.S. Mail to the registered and non-registered participants on this date as follows:

Natalie Anderson
679 Washington Street, #8-206
Attleboro, MA 02703
Liberty_6@msn.com

Andre Bisasor
679 Washington Street, #8-206
Attleboro, MA 02703
Quickquantum@aol.com

Meredith J. McGair, Esquire
Law Offices of Steven B. Stein
P.O. Box 2903
Hartford, CT  06104-2903
Direct Dial:  (617) 772-2807
Facsimile: (617) 772-2828
mmcgair@travelers.com

**Michaela C. May**
**Todd J. Bennett**
Bennett & Belfort, P.C.
24 Thorndike Street
Suite 300
Cambridge, MA 02141
617-577-8800
mmay@bennettandbelfort.com
Etbennett@bennettandbelfort.com

**Scott J. Tucker**
Tucker, Dyer & O'Connell, LLP
199 Wells Avenue
Suite 301
Newton, MA 02459
617-986-6220
Email: tucker@tdolaw.com

                                                                         _/s/ *Brian F. Welsh*_____
                                                                           Brian F. Welsh, Esquire

Dated:  1/18/2024