UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

NATALIE ANDERSON and
ANDRE BISASOR,
       Plaintiffs,

v.                                                                              C.A. No. 1:23-cv-11567-WGY

TODISCO SERVICES, INC.,
PASQUALE TODISCO, III,
MATTHEW W. MAZZARELLA,
DON "DOE", BILLY "DOE",
MAPFRE INSURANCE COMPANY,
STEPHANIE WOJDAG,
DANIEL OLOHAN,
ACADIA INSURANCE GROUP,
BENNETT & BELFORT, and
JITEN MANAGEMENT,
       Defendants.

## JOINT MOTION TO EXTEND TIME WITHIN WHICH TO REOPEN THE ACTION UPON GOOD CAUSE SHOWN

Now come all parties to this action and move to extend the time within which to reopen the action for good cause shown until February 14, 2024.

As grounds for the Motion, the parties submit that they have worked diligently to finalize the language of the Mutual Release and Settlement Agreement, but that in light of the number of parties involved, they have been unable to finalize the language of the Mutual Release and Settlement Agreement within the time period provided under the Settlement Order of Dismissal.

| | |
|---|---|
| The Plaintiffs, | The Defendants,<br>Todisco Services, Inc.,<br>Pasquale Todisco, III,<br>Matthew W. Mazzarella and<br>Acadia Insurance Group,<br>By their Attorneys, |
| */s/ Natalie Anderson*<br>Natalie Anderson, PRO SE<br>679 Washington Street, Suite #8-206<br>Attleboro, Massachusetts 02703<br>781.492.5675<br>liberty_6@msn.com | |
| | */s/ Scott J. Tucker*<br>Scott J. Tucker - BBO# 503940<br>Matthew S. Prunk - BBO# 705781<br>Tucker, Dyer & O'Connell, LLP<br>199 Wells Avenue<br>Newton, MA 02459<br>SJT- 617.986.4223<br>MSP – 617.986-4201<br>tucker@tdolaw.com<br>prunk@tdolaw.com |
| */s/ Andre Bisasor*<br>Andre Bisasor, PRO SE<br>679 Washington Street, Suite #8-206<br>Attleboro, Massachusetts 02703<br>781.492.5675<br>quickquantum@aol.com | |
| The Defendant,<br>Bennett & Belfort,<br>By its Attorneys, | The Defendants,<br>Mapfre Insurance Company,<br>Stephanie Wojdag and Daniel Olohan,<br>By their Attorney, |
| */s/ Todd J. Bennett*<br>Todd J. Bennett - BBO# 643185<br>Michaela C. May – BBO# 676834<br>Bennett & Belfort, P.C.<br>24 Thorndike Street, Suite 300<br>Cambridge, MA 02141<br>617.577.8800<br>tbennett@bennettandbelfort.com<br>mmay@bennettandbelfort.com | */s/ Brian F. Welsh*<br>Brian F. Welsh – BBO# 565163<br>Fuller, Rosenberg, Palmer & Beliveau, LLP<br>6 Park Avenue<br>Worcester, MA 01605<br>508.751.5121<br>bwelsh@frpb.com |

The Defendant,
Jiten Management,
By its Attorney,


*/s/ Meredith J. McGair*
Meredith J. McGair – BBO# 681088
Law Offices of Steven B. Stein
P.O. Box 2903
Hartford, CT 06104
617.772.2807
mmcgair@travelers.com


## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2024, I filed and served this document through the electronic filing system and the document is available for viewing and/or downloading from the United States District Court District of Massachusetts using the CM/ECF system, which will send notification to counsel of record.

*/s/ Scott J. Tucker*
Scott J. Tucker