UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| NATALIE ANDERSON and<br>ANDRE BISASOR,<br><br>    Plaintiffs,<br><br>v.<br><br>TODISCO SERVICES, INC., PASQUALE TODISCO, III, MATTHEW MAZZARELLA, DON "DOE," BILLY "DOE," MAPFRE INSURANCE CO., STEPHANIE WOJDAG, DANIEL OLOHAN, ACADIA INSURANCE GROUP, BENNETT & BELFORT, and JITEN MANAGEMENT,<br><br>    Defendants. | C.A. No.: 1:23-CV-11567-WGY |

**STIPULATION OF DISMISSAL PURSUANT WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41 (a) (1) (ii)
AND PURSUANT TO SETTLEMENT**

    Now come all parties to the above-referenced action, Natalie Anderson, Andre Bisasor, Todisco Services, Inc., Pasquale Todisco, III, Matthew Mazzarella, Don "Doe," Billy "Doe," Mapfre Insurance Company, Stephanie Wojdag, Daniel Olohan, Acadia Insurance Group, Bennett & Belfort, P.C. and Jiten Management, and hereby stipulate pursuant to Fed.R.Civ.P. Rule 41(a)(1)(ii) that the above-captioned matter, pursuant to a settlement agreement, has been mutually and confidentially resolved and that the Complaint, Amended Complaint(s), and all Claims therein, shall be dismissed with prejudice, without costs, and all rights of appeal waived.

*[signature: Natalie Anderson]*

**Plaintiff, Natalie Anderson – Pro Se**
679 Washington Street, Suite #8-206
Attleboro, MA 02703
liberty_6@msn.com

Dated: 3/11/24

*[signature: Andre Bisasor]*

**Plaintiff, Andre Bisasor – Pro Se**
679 Washington Street, Suite #8-206
Attleboro, MA 02703
quickquantum@aol.com

Dated: 3-11-24

**Counsel for the Defendant,
Jiten Management,**

/s/ Meredith J. McGair

Meredith J. McGair – BBO# 681088
Law Offices of Steven B. Stein
P.O. Box 2903
Hartford, CT 06104-2903
Direct Dial: (617) 772-2807
Facsimile: (617) 772-2828
mmcgair@travelers.com

Dated: March 22, 2024

2

Counsel for the Defendant,
Bennett & Belfort, P.C.,

/s/ Todd J. Bennett
Michaela C. May – BBO# 676834
Todd J. Bennett - BBO# 643185
Bennett & Belfort, P.C.
24 Thorndike Street
Suite 300
Cambridge, MA 02141
(617) 577-8800
mmay@bennettandbelfort.com
tbennett@bennettandbelfort.com

Dated: March 22, 2024

Counsel for the Defendants,
Mapfre Insurance Company, Stephanie Wojdag and Daniel Olohan,

/s/ Brian F. Welsh
Brian F. Welsh – BBO# 565163
Fuller, Rosenberg, Palmer & Beliveau, LLP
339 Main Street
Worcester, MA 01608
(508) 751-5121
bwelsh@frpb.com

Dated: March 22, 2024

Counsel for the Defendants,
Todisco Services, Inc., Pasquale Todisco, III, Matthew Mazzarella, Don "Doe," Billy "Doe" and Acadia Insurance Group,

/s/ Scott J. Tucker
Scott J. Tucker - BBO# 503940
Tucker, Dyer & O'Connell, LLP
199 Wells Avenue
Suite 301
Newton, MA 02459
(617) 986-6220
tucker@tdolaw.com